**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Elizabeth Dauz v. Xochitl Valdez, Frontier Title Company-WH, L.L.C., Thai Klam, Team 360, LLC, Himarani Sivarajan

Appellate case number:   01-15-00831-CV

Trial court case number:  2014-29743

Trial court:                125th District Court of Harris County

On July 22, 2016, Xochitl Valdez's counsel filed a motion to withdraw, claiming nonpayment for services since September 2015. Counsel states in the motion that she sent a copy of this motion to Valdez and received no reply. Counsel further states that if Valdez wishes to contest, she should request a hearing on the matter. This is not the correct procedure for contesting a motion in the appellate court.

Rule 10.1(b) permits a party to respond to a motion before the Court rules on it. *See* TEX. R. APP. P. 10.1(b). Under Rule 10.3(a), a court should wait until 10 days after a motion is filed to rule on that motion unless there is no opposition to the motion, the motion is an emergency, or the motion is for an extension of time to file a brief or other documents. *See id.* at 10.3(a). Thus, if Valdez wishes to oppose the motion to withdraw, she should file a written response in this Court on or before August 1, 2016 explaining why she opposes the motion. If she does not oppose the motion, she should describe whether she believes she will be able to file her brief by August 16, 2016.

It is so ORDERED.

Judge's signature: <u>/s/ Harvey Brown</u>
                    ☑ Acting individually    ☐ Acting for the Court

Date: <u>July 25, 2016</u>